# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14 cr 56

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| EUTIQUIO LOZANO ARRIAGA. | ) | |
| | ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion to Withdraw as Counsel of Record (#5) filed by Defendant's appointed counsel, Fredilyn Sison. In the motion, Ms. Sison reports that Attorney Wesley White has been retained to represent Defendant in this matter. It appears to the undersigned that Mr. White has filed a Notice of Appearance in this case and it further appears that the Assistant United States Attorney does not object to the motion of Ms. Sison to withdraw. As a result, the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Withdraw as Counsel of Record (#5) is hereby **ALLOWED** and Ms. Sison is allowed to withdraw as counsel for the Defendant in this matter.

Signed: July 30, 2014

Dennis L. Howell
United States Magistrate Judge